UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| REFUGIO IBARRA DEL VILLAR<br>(A 221-494-546) | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:25-cv-00137-GNS |
| KRISTI NOEM, Secretary, U.S Department of | ) | |
| Homeland Security; | ) | |
| SAMUEL OLSON, Field Office Director, Chicago | ) | |
| Field Office, Immigration and Customs | ) | |
| Enforcement; and MIKE LEWIS, Jailer, | ) | |
| Hopkins County Jail. | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon consideration of Petitioner's Motion to Strike, IT IS HEREBY ORDERED that:

1.  Petitioner's Motion is granted;

2.  Petitioner's PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR

    EMERGENCY INJUNCTIVE RELIEF at Docket 12 is stricken;

3.  And such other and further relief as the Court may find appropriate.

IT IS SO ORDERED.

Tendered by:

Greg N. Stivers, Chief Judge
United States District Court

November 13, 2025

Andrea Ochoa, Esq.
KRIEZELMAN BURTON & ASSOCIATES, LLC
200 West Adams Street, Suite 2211
Chicago, Illinois 60606
(312) 332-2550, aochoa@krilaw.com
Attorney No. IL 6330234
Attorney for Petitioner
*Pro Hac Vice*