**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**CIVIL ACTION NO. 4:25-cv-00137-GNS**

**REFUGIO IBARRA DEL VILLAR**                                    PETITIONER

vs.

**KRISTI NOEM**, Secretary, U.S. Department of
Homeland Security;
**SAMUEL OLSON**, Field Office Director, Chicago
Field Office, Immigration and Customs
Enforcement; and
**MIKE LEWIS**, Jailer, Hopkins County Jail                       RESPONDENTS

## ORDER TERMINATING CASE

Presently before the Court is Respondents' "Notice of Release from Custody" (DN 26), certifying that "Petitioner was released from custody on November 19, 2025," as required by this Court's "Memorandum Opinion and Order" (DN 24). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

*[signature]*

**Greg N. Stivers, Judge**
**United States District Court**
December 3, 2025

cc:     Counsel of Record